IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

AARON H. KLEIN                                                             PLAINTIFF

         V.                              NO.  11-2218

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                        DEFENDANT

## JUDGMENT

For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE.  **The parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.

IT IS SO ORDERED this October 23, 2012.

                                               /s/ J. Marschewski
                                               HONORABLE JAMES R. MARSCHEWSKI
                                               Chief United States Magistrate Judge

+